IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                          Plaintiff,                      ORDER

v.

                                                10-mj-136

THOMAS HENRY CEGLAREK,                    CA Case No. 10-mj-3116

                          Defendant.
_____

      It is ORDERED that defendant Thomas Ceglarek's release conditions are amended to add the following conditions:

      Defendant shall appear in Courtroom C, United States Courthouse, 940 Front Street, San Diego, California on October 21, 2010 at 2:00 p.m.

      All other conditions of release remain in effect.

      Entered this 7th day of October, 2010.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge